IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NOURELDIN ABDALLA,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA, by and through Alejandro Mayorkas, Secretary of Homeland Security; and MICHAEL MYERS, Director of Douglas County Department of Corrections;<br><br>Respondents. | 8:21CV382<br><br>MEMORANDUM AND ORDER |

    This matter is before the court on its own motion. On February 7, 2022, an order sent to Petitioner at his last known address was returned to this court as undeliverable. (*See* Filing 7.) Also on February 7, 2022, Respondent United States of America filed a Motion for Summary Judgment (filing 8), Designation of Records in Support of Motion for Summary Judgment (filing 9), and a Brief (filing 10), which indicate Petitioner has been released from custody and his current address is in South Dakota.[1]

    Petitioner has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Petitioner's whereabouts remain unknown. Moreover, Petitioner must file and serve a brief in opposition to Respondents' motions for

---

[1] Respondent Michael Myers also filed a Motion for Summary Judgment on February 2, 2022, indicating that Petitioner has been released from custody. (*See* Filings 4, 5, & 6.)

summary judgment. (*See* Filing 3.) If Petitioner fails to file a brief, the court will consider Respondents' motions ripe for decision.

IT IS THEREFORE ORDERED that:

1. Petitioner must update his address by **March 10, 2022**. Failure to do so may result in dismissal of this action without prejudice and without further notice to Petitioner.

2. Petitioner shall file his brief in opposition to Respondents' motions for summary judgment on or before **March 10, 2022**. Otherwise, the matter will be ripe for consideration.

3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **March 10, 2022**: check for address and Petitioner's brief.

4. The clerk of the court is directed to send a copy of this order and the court's January 19, 2022 Memorandum and Order (filing 3) to Petitioner at his last known address and at the following address: 2400 S. Sycamore Avenue, Sioux Falls, South Dakota 57110.

Dated this 8th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge